# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

In re: CORRELATED PACKAGING CORPORATION    § Case No. 19-23112-VFP
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID WOLFF, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $42,957.01            Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,757.56        Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $37,831.36

---

3) Total gross receipts of $ 55,588.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $55,588.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,613.84 | $10,731.37 | $10,731.37 | $10,731.37 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,831.36 | 37,831.36 | 37,831.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,757.23 | 602.23 | 602.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,833.79 | 33,852.43 | 33,852.43 | 6,423.96 |
| **TOTAL DISBURSEMENTS** | $52,447.63 | $84,172.39 | $83,017.39 | $55,588.92 |

4) This case was originally filed under Chapter 7 on July 03, 2019. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2021          By: /s/DAVID WOLFF
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT AT VALLEY NATIONAL BANK | 1129-000 | 8,744.33 |
| CHECKING ACCOUNT AT SANTANDER BANK | 1129-000 | 535.06 |
| A/R 90 DAYS OLD OR LESS - FACE AMOUNT | 1121-000 | 14,498.52 |
| AUTOMOBILES - 2000 MERCEDES BENZ CK4 | 1129-000 | 4,500.00 |
| AUTOMOBILES - 2013 BMW X3 | 1129-000 | 15,500.00 |
| LOAN RECEIVABLE - MARC MAURER | 1129-000 | 11,811.01 |
| **TOTAL GROSS RECEIPTS** | | **$55,588.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMW Financial Services | 4210-000 | 10,613.84 | N/A | N/A | 0.00 |
| | BMW FINANCIAL SERVICES | 4210-000 | N/A | 10,738.18 | 10,738.18 | 10,738.18 |
| | BMW FINANCIAL SERVICES NA, LLC | 4210-000 | N/A | -6.81 | -6.81 | -6.81 |
| **TOTAL SECURED CLAIMS** | | | **$10,613.84** | **$10,731.37** | **$10,731.37** | **$10,731.37** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAVID WOLFF | 2100-000 | N/A | 6,029.45 | 6,029.45 | 6,029.45 |
| Trustee Expenses - DAVID WOLFF | 2200-000 | N/A | 26.79 | 26.79 | 26.79 |
| Other - BEDERSON LLP | 3410-000 | N/A | 11,631.00 | 11,631.00 | 11,631.00 |
| Other - BEDERSON LLP | 3420-000 | N/A | 320.75 | 320.75 | 320.75 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3711-000 | N/A | 312.50 | 312.50 | 312.50 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3110-000 | N/A | 17,967.00 | 17,967.00 | 17,967.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3120-000 | N/A | 209.02 | 209.02 | 209.02 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.77 | 10.77 | 10.77 |
| Other - Mechanics Bank | 2600-000 | N/A | 25.05 | 25.05 | 25.05 |
| Other - Mechanics Bank | 2600-000 | N/A | 53.09 | 53.09 | 53.09 |
| Other - Mechanics Bank | 2600-000 | N/A | 64.94 | 64.94 | 64.94 |
| Other - Mechanics Bank | 2600-000 | N/A | 73.33 | 73.33 | 73.33 |
| Other - Mechanics Bank | 2600-000 | N/A | 70.92 | 70.92 | 70.92 |
| Other - Mechanics Bank | 2600-000 | N/A | 66.23 | 66.23 | 66.23 |
| Other - Mechanics Bank | 2600-000 | N/A | 72.98 | 72.98 | 72.98 |
| Other - Mechanics Bank | 2600-000 | N/A | 68.81 | 68.81 | 68.81 |
| Other - Mechanics Bank | 2600-000 | N/A | 68.04 | 68.04 | 68.04 |
| Other - Mechanics Bank | 2600-000 | N/A | 77.31 | 77.31 | 77.31 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 27.94 | 27.94 | 27.94 |
| Other - STATE OF NEW JERSEY | 2820-000 | N/A | 522.00 | 522.00 | 522.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 67.99 | 67.99 | 67.99 |
| Other - Mechanics Bank | 2600-000 | N/A | 65.45 | 65.45 | 65.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$37,831.36** | **$37,831.36** | **$37,831.36** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | State of New Jersey | 5800-000 | unknown | 1,155.00 | 0.00 | 0.00 |
| 1 -2 | State of New Jersey | 5800-000 | N/A | 425.00 | 425.00 | 425.00 |
| 2 | State of New Jersey | 5800-000 | N/A | 177.23 | 177.23 | 177.23 |
| NOTFILED | Internal Revenue Service | 5800-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $1,757.23 | $602.23 | $602.23 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | A & S Packaging & Display Corp. | 7200-000 | 33,852.43 | 33,852.43 | 33,852.43 | 6,423.96 |
| NOTFILED | Santandar Bank | 7100-000 | 7,981.36 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $41,833.79 | $33,852.43 | $33,852.43 | $6,423.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-23112-VFP  
**Case Name:** CORRELATED PACKAGING CORPORATION  

**Period Ending:** 08/13/21  

**Trustee:** (500370) DAVID WOLFF  
**Filed (f) or Converted (c):** 07/03/19 (f)  
**§341(a) Meeting Date:** 08/12/19  
**Claims Bar Date:** 10/09/19  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CHECKING ACCOUNT AT VALLEY NATIONAL BANK (5293) | 8,769.33 | 8,769.33 | | 8,744.33 | FA |
| 2  CHECKING ACCOUNT AT SANTANDER BANK (1769) Note: Related Money Market Account (2378) with a balance of $503.73. Checking Account (1769) with a balance of $31.33. As a result, there is a combined balance of $535.06. | 503.01 | 503.01 | | 535.06 | FA |
| 3  A/R 90 DAYS OLD OR LESS - FACE AMOUNT $14,498.52  1) All Pop Displays, LLC - AR current balance $3,939.62  2) Pop Displays USA, LLC - AR current balance $3,394.96 + $268.80 = $3,663.76  4) Trans World Marketing - AR current balance $6,895.14  Combined Total = $14,498.52 (collected in full). | 14,498.52 | 14,498.52 | | 14,498.52 | FA |
| 4  A/R OVER 90 DAYS OLD - FACE AMOUNT $3,134.32 less $1,634.32 (doubtful or uncollectible accounts) = $1,500.00 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  AUTOMOBILES - 2000 MERCEDES BENZ CK4 (KELLY BLUE BOOK VALUATION)  Note: Appraised at $4,000.00  Notice of Proposed Private Sale filed 7/19/2019 (Docket No. 11); re: 2000 Mercedes Benz CLK430, 2 door convertible and 2013 BMW X3 XDrive, 4 door SUV. Certification of No Objection entered 8/14/2019. (See Footnote) | 5,000.00 | 4,000.00 | | 4,500.00 | FA |
| 6  AUTOMOBILES - 2013 BMW X3 (KELLY BLUE BOOK VALUATION) | 16,800.00 | 4,386.16 | | 15,500.00 | FA |

Printed: 08/13/2021 12:14 PM    V.20.34

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-23112-VFP  
**Case Name:** CORRELATED PACKAGING CORPORATION  

**Trustee:** (500370)  DAVID WOLFF  
**Filed (f) or Converted (c):** 07/03/19 (f)  
**§341(a) Meeting Date:** 08/12/19  

**Period Ending:** 08/13/21  
**Claims Bar Date:** 10/09/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Note: Appraised at $15,000.00<br><br>Notice of Proposed Private Sale filed 7/19/2019 (Docket No. 11); re: 2000 Mercedes Benz CLK430, 2 door convertible and 2013 BMW X3 XDrive, 4 door SUV. Certification of No Objection 8/14/2019. (See Footnote) | | | | | |
| 7   LOAN RECEIVABLE - PREFERRED PACKAGING CORPORATION<br><br>Note: See Bank. Case No. 19-23111; Preferred Packaging Corporation | 41,457.01 | 0.00 | | 0.00 | FA |
| 8   LOAN RECEIVABLE - MARC MAURER<br><br>Note: Books and Records shows Correlated is owed $30,775.55 (not the scheduled amount listed above). | 39,775.55 | 10,000.00 | | 11,811.01 | FA |
| 8   Assets   Totals (Excluding unknown values) | **$128,303.42** | **$42,157.02** | | **$55,588.92** | **$0.00** |

RE PROP# 5    SCHEDULED / APPRAISED  
RE PROP# 6    SCHEDULED / APPRAISED

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2021        **Current Projected Date Of Final Report (TFR):**    March 19, 2021 (Actual)

Printed: 08/13/2021 12:14 PM    V.20.34

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-23112-VFP  
**Case Name:** CORRELATED PACKAGING CORPORATION  

**Taxpayer ID #:** **-***0911  
**Period Ending:** 08/13/21  

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Mechanics Bank  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $48,786,725.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/11/19 | {1} | VALLEY NATIONAL BANK | CLOSE OUT VALLEY NATIONAL BANK ACCOUNT | 1129-000 | 8,744.33 | | 8,744.33 |
| 07/31/19 | | PAUL RITTER | PROCEEDS PURSUANT TO NOTICE OF PRIVATE SALE FILED 7/19/2019 (Docket No. 11) | | 20,000.00 | | 28,744.33 |
| | {5} | | Proceeds - Notice of Private Sale filed 7/19/2019      4,500.00 | 1129-000 | | | 28,744.33 |
| | {6} | | Proceeds - Notice of Private Sale filed 7/19/2019     15,500.00 | 1129-000 | | | 28,744.33 |
| 07/31/19 | {3} | TRANS WORLD MARKETING | ACCOUNTS RECEIVABLE ( Invoice Nos. 004434 and 004435) | 1121-000 | 2,765.79 | | 31,510.12 |
| 07/31/19 | {3} | POP DISPLAYS | ACCOUNTS RECEIVABLE ( Invoice Nos. 004436-39) | 1121-000 | 3,394.96 | | 34,905.08 |
| 08/15/19 | 101 | BMW FINANCIAL SERVICES | FULL AND FINAL PAYOFF OF 2013 BMW X3 xDrive35i LIEN; ACCT. #1002253272 | 4210-000 | | 10,738.18 | 24,166.90 |
| 08/19/19 | {3} | ALL POP DISPLAYS, LLC | ACCOUNTS RECEIVABLE ( Invoice Nos. 004447 and 004448) | 1121-000 | 3,939.62 | | 28,106.52 |
| 08/26/19 | {3} | TRANS WORLD MARKETING | ACCOUNTS RECEIVABLE ( Invoice Nos. 004441 to 44 and partial payment 004446) | 1121-000 | 2,752.90 | | 30,859.42 |
| 09/03/19 | | BMW FINANCIAL SERVICES NA, LLC | REFUND AFTER LIEN PAYOFF; ACCT. #1002253272 | 4210-000 | | -6.81 | 30,866.23 |
| 09/11/19 | 102 | A. ATKINS APPRAISAL CORPORATION | 100% OF COURT-AWARDED FEES - Order entered 9/5/2019 (Docket No. 25) | 3711-000 | | 312.50 | 30,553.73 |
| 10/01/19 | {3} | POP DISPLAYS | ACCOUNTS RECEIVABLE ( Invoice No. 004449) | 1121-000 | 268.80 | | 30,822.53 |
| 01/06/20 | {2} | SANTANDER | CLOSE OUT BANK ACCOUNT | 1129-000 | 535.06 | | 31,357.59 |
| 01/27/20 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2020 FOR CASE #19-23112, Bond #016026384-pro-rata payment of bond premium 1/1/20-1/1/21. | 2300-000 | | 10.77 | 31,346.82 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 25.05 | 31,321.77 |
| 04/23/20 | {8} | DRESCHER & CHESLOW, P.A. | PROCEEDS FROM MINORITY INTEREST IN DECEDENT ESTATE | 1129-000 | 9,482.27 | | 40,804.04 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 53.09 | 40,750.95 |
| 05/12/20 | {8} | DUGHI, HEWIT & DOMALEWSKI, PC | FINAL PROCEEDS DUE FROM MINORITY INTEREST IN DECEDENT ESTATE | 1129-000 | 2,328.74 | | 43,079.69 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 64.94 | 43,014.75 |

Subtotals :    $54,212.47    $11,197.72

{} Asset reference(s)

Printed: 08/13/2021 12:14 PM    V.20.34

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-23112-VFP | | Trustee: | DAVID WOLFF (500370) |
|---|---|---|---|---|
| Case Name: | CORRELATED PACKAGING CORPORATION | | Bank Name: | Mechanics Bank |
| | | | Account: | ******3066 - Checking Account |
| Taxpayer ID #: | **-***0911 | | Blanket Bond: | $48,786,725.00   (per case limit) |
| Period Ending: | 08/13/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 73.33 | 42,941.42 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 70.92 | 42,870.50 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 66.23 | 42,804.27 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 72.98 | 42,731.29 |
| 10/21/20 | {3} | TRANS WORLD MARKETING | ACCOUNTS RECEIVABLE (Invoice Nos. 004440; 004445 and remaining payment 004446 - full and final) | 1121-000 | 1,376.45 | | 44,107.74 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 68.81 | 44,038.93 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 68.04 | 43,970.89 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 77.31 | 43,893.58 |
| 01/18/21 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2020 FOR CASE #19-23112, Bond #016026384-pro-rata payment of bond premium 1/1/21-1/1/22. | 2300-000 | | 27.94 | 43,865.64 |
| 01/18/21 | 105 | STATE OF NEW JERSEY | TAXES - FOR FISCAL YEAR ENDED 6/30/2020; EIN # 22-2560911 | 2820-000 | | 522.00 | 43,343.64 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 67.99 | 43,275.65 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 65.45 | 43,210.20 |
| 06/03/21 | 106 | DAVID WOLFF | Dividend paid 100.00% on $26.79, Trustee Expenses; Reference: Order entered 6/2/2021 (Docket No. 43) | 2200-000 | | 26.79 | 43,183.41 |
| 06/03/21 | 107 | DAVID WOLFF | Dividend paid 100.00% on $6,029.45, Trustee Compensation; Reference: Order entered 6/2/2021 (Docket No. 43) | 2100-000 | | 6,029.45 | 37,153.96 |
| 06/03/21 | 108 | BEDERSON LLP | Dividend paid 100.00% on $11,631.00, Accountant for Trustee Fees (Other Firm); Reference: Order entered 3/11/2021 (Docket No. 37) | 3410-000 | | 11,631.00 | 25,522.96 |
| 06/03/21 | 109 | BEDERSON LLP | Dividend paid 100.00% on $320.75, Accountant for Trustee Expenses (Other Firm); Reference: Order entered 3/11/2021 (Docket No. 37) | 3420-000 | | 320.75 | 25,202.21 |
| 06/03/21 | 110 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $17,967.00, Attorney for Trustee Fees (Trustee Firm); Reference: Order entered 3/3/2021 (Docket No. 35) | 3110-000 | | 17,967.00 | 7,235.21 |
| 06/03/21 | 111 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $209.02, Attorney for Trustee Expenses (Trustee Firm); Reference: Order entered 3/3/2021 (Docket | 3120-000 | | 209.02 | 7,026.19 |

Subtotals :    $1,376.45    $37,365.01

{} Asset reference(s)                                                                                                   Printed: 08/13/2021 12:14 PM    V.20.34

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 19-23112-VFP | | Trustee: | DAVID WOLFF (500370) |
|---|---|---|---|---|
| Case Name: | CORRELATED PACKAGING CORPORATION | | Bank Name: | Mechanics Bank |
| | | | Account: | ******3066 - Checking Account |
| Taxpayer ID #: | **-***0911 | | Blanket Bond: | $48,786,725.00  (per case limit) |
| Period Ending: | 08/13/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | No. 35) | | | | |
| 06/03/21 | 112 | State of New Jersey | Dividend paid 100.00% on $425.00; Claim# 1-2; Filed: $425.00; Reference:  Full and Final Payment | 5800-000 | | 425.00 | 6,601.19 |
| 06/03/21 | 113 | State of New Jersey | Dividend paid 100.00% on $177.23; Claim# 2; Filed: $177.23; Reference:  Full and Final Payment | 5800-000 | | 177.23 | 6,423.96 |
| 06/03/21 | 114 | A & S Packaging & Display Corp. | Dividend paid  18.97% on $33,852.43; Claim# 3; Filed: $33,852.43; Reference:  Full and Final Payment | 7200-000 | | 6,423.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55,588.92 | 55,588.92 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 55,588.92 | 55,588.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,588.92** | **$55,588.92** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3066** | 55,588.92 | 55,588.92 | 0.00 |
| | **$55,588.92** | **$55,588.92** | **$0.00** |

{} Asset reference(s)                                                                                                                                              Printed: 08/13/2021 12:14 PM     V.20.34